

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-16-00235-CV

BRIGHT LAND & CATTLE, LLC, APPELLANT

V.

PG-M INTERNATIONAL, LLC, PG-M INTERNATIONAL OPERATING, LLC,
AND MATRA PETROLEUM U.S.A., APPELLEES

On Appeal from the 100th District Court
Carson County, Texas
Trial Court No. 11430, Honorable Stuart Messer, Presiding

September 14, 2016

## MEMORANDUM OPINION

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

On September 8, 2016, appellant, Bright Land & Cattle, LLC, filed a motion to dismiss its appeal that complies with the requirements of Texas Rule of Appellate Procedure 42.1(a)(1). No decision of this Court having been delivered to date and without passing on the merits of the appeal, we grant the motion and dismiss appellant's appeal. *See* TEX. R. APP. P. 42.1(a)(1). Because appellant's motion does not address costs, costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d). If dismissal

will prevent appellees from seeking relief to which they would otherwise be entitled, the Court directs appellees to file a timely motion for rehearing. No motion for rehearing from appellant will be entertained.


Mackey K. Hancock
Justice